### In re ISERT.

(District Court, N. D. California, First Division. October 13, 1915.)

#### No. 9344.

BANKRUPTCY ☞228—ORDERS OF REFEREE—PETITION TO REVIEW—TIME FOR FILING.

Where a rule of the District Court provided that a petition for review by the judge of an order by the referee as provided in General Order No. 27 of the General Orders in Bankruptcy (89 Fed. xi, 32 C. C. A. xxvii) must be filed with the referee within 10 days from the date of notice, unless for good cause shown such time be extended, a petition for review, not filed within 10 days, must be dismissed, where the time of filing was not extended.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 659; Dec. Dig. ☞228.]

In Bankruptcy. In the matter of the bankruptcy of Julius E. Isert. Petition by Minnie E. Isert for review of an order of the referee directing the selling of certain barley as the property of the bankrupt's estate. Petition dismissed.

A. H. Carpenter, of Stockton, Cal., for bankrupt.

L. J. Smallpage, of Stockton, Cal., for trustee.

DOOLING, District Judge. Petition for review of an order of the referee directing the sale of certain barley as the property of bankrupt's estate. The order of sale was made on August 24, 1915, and on August 25, 1915, notice of the decision of the referee in making such order, together with a copy of the order, was served upon the attorney for Minnie E. Isert who now seeks to have the order reviewed. The petition for review was not filed until September 7, 1915. Rule 10 of this court provides:

"A petition for a review by the judge of an order made by the referee as provided in General order No. 27 of the General Orders in Bankruptcy [89 Fed. xi, 32 C. C. A. xxvii] must be filed with the referee within ten days from the date of notice of such order, unless for good cause shown, such time is extended."

The petition for review was not filed within 10 days as required by this rule, and the time for such filing was not extended. The petition for review must therefore be dismissed, and it is so ordered.